JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY AMAYA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OAK HARBOR FREIGHT LINES and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:17-CV-02055<br><br>ASSIGNED TO<br>HON. ANDRE BIROTTE JR.<br><br>Action Filed:　　August 15, 2017<br>Pretrial Conf:　　March 22, 2019<br>Jury Trial:　　　April 9, 2019<br><br>**[PROPOSED]** ORDER |

**[PROPOSED]** **ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff SONNY AMAYA and Defendant OAK HARBOR FREIGHT LINES through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the matter of *Sonny Amaya v. Oak Harbor Freight Line*s filed in the United States District Court for the Central District of California, bearing Case Number 5:17-cv-02055 is hereby dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs in connection with the above referenced action.

DATED: October 09, 2018

The Honorable André Birotte Jr.
United States District Court Judge